IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARTLEY S. BACKUS,

    Plaintiff,                      No. 2:11-cv-01672 JAM KJN PS

    v.

STATE OF CALIFORNIA,

    Defendant.                  ORDER

/

        On June 29, 2011, the undersigned granted plaintiff's application to proceed in forma pauperis ("IFP"). (Dkt. No. 3.) At that time, the undersigned also screened plaintiff's pleading and, through Findings and Recommendations, recommended that plaintiff's case be dismissed with prejudice on grounds of Eleventh Amendment immunity. (Dkt. No. 3.)[1] On November 14, 2011, District Judge John A. Mendez adopted the undersigned's proposed Findings and Recommendations in full, and dismissed plaintiff's action with prejudice. (Dkt. No. 23.) The Clerk of the Court entered judgment the same day. (Dkt. No. 24.)

        A review of the court's docket reflects that several motions were pending at the

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1 time judgment was entered in this case: plaintiff's "Motion for an Order to Arrest and Prosecute
2 David Lawicka" (Dkt. No. 15), defendant State of California's "Motion to Dismiss" (Dkt. No.
3 19), and plaintiff's "Motion" requesting that the United States Marshal's Service "serve
4 subpoenas" (Dkt. No. 22). Because judgment has been entered and because the case is now
5 closed (Dkt. Nos. 23-24), the above-listed motions are denied as moot, and any pending hearing
6 dates in this case are vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. Given the entry of judgment in this case, the above-listed motions on the court's electronic docket (Dkt Nos. 15, 19, and 22) are denied as moot.

2. The Clerk of the Court is directed to vacate all dates in this case.

IT IS SO ORDERED.

DATED: November 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE